IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| BARBARA JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNIVERSAL HEALTH SERVICES, INC., ) | |
| KEYSTONE MARION, LLC, and ) | Civil Action No. 1:10-CV-00046 |
| KEYSTONE EDUCATION AND YOUTH ) | |
| SERVICES, LLC, all d/b/a MARION ) | |
| YOUTH CENTER, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## DEFENDANT UNIVERSAL HEALTH SERVICE'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure Defendant Universal Health Services ("UHS"), by counsel, hereby moves the Court to dismiss the complaint filed by plaintiff Barbara Jones ("Plaintiff").  As grounds for its motion, which are set forth more fully in Defendants Keystone Education and Youth Services, LLC, and Keystone Marion LLC's Memorandum of Law in Support of their Partial Motion to Dismiss, UHS submits that the claims of retaliation and/or discrimination under the False Claims Act, and of wrongful discharge under Virginia Common law, advanced in the Plaintiff's Complaint fail as a matter of law and should be dismissed with prejudice.  Further, as set forth more fully in Defendant Universal Health Service's Brief in Support of its Motion to Dismiss Plaintiff's Complaint, UHS asserts that Plaintiff fails to sufficiently allege facts supporting a finding that UHS was her "employer" which serves as independent grounds for dismissal of Plaintiff's Complaint.  Wherefore, UHS

moves for dismissal of Plaintiff's Complaint, with prejudice, pursuant to Rule 12(b)(6) for Plaintiff's failure to state a claim upon which relief can be granted.

Dated:  December 10, 2010

Respectfully submitted,

UNIVERSAL HEALTH SERVICES, INC.

_____/s/_____
Martin A. Donlan, Jr. (VSB No. 15709)
WILLIAMS MULLEN, P.C.
200 South 10th Street, Suite 1600
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone: (804) 420-6934
Facsimile:  (804) 420-6507
mdonlan@williamsmullen.com

W. Benjamin Pace (VSB No. 48633)
Heath H. Galloway (VSB No. 64567)
WILLIAMS MULLEN, PC
200 South 10th Street, Suite 1600
Post Office Box 1320
Richmond, VA 23218-1320
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
wpace@williamsmullen.com
hgalloway@williamsmullen.com

*Counsel for Defendant Universal Health Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2010, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF, which will send notification of such filing to the following:

Mark T. Hurt  
159 West Main Street  
Abingdon, VA 24210  
Telephone: (276) 623-0808  
Fax: (276) 623-0212  
Email: markthurt@yahoo.com  
*Counsel for Plaintiff*

Daniel Robert Bieger  
Copeland & Bieger, PC  
P. O. Box 1296  
Abingdon, VA 24212  
Telephone: (276) 628-9525  
Fax: (276) 628-5901  
Email: mail@copelandbieger.com  
*Counsel for Plaintiff*

_____/s/_____  
Martin A. Donlan, Jr.

12776000_1.DOC